ACCEPTED
14-15-00613-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 8:42:54 AM
CHRISTOPHER PRINE
CLERK

NO. 2014-61155

| | | |
|---|---|---|
| CALVIN HEARNE and BEVERLY HEARNE | § § § | IN THE DISTRICT COURT OF |
| vs. | § | HARRIS COUNTY, TEXAS |
| KHERA INTEREST, INC. | § § | 234TH JUDICIAL DISTRICT |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 8:42:54 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE COURT:

Plaintiffs, Calvin Hearne and Beverly Hearne, hereby give notice of their desire to appeal the final judgment signed on or about April 21, 2015, by the 234th Judicial District Court of Harris County, Texas, in cause number 2014-6155, styled *Calvin Hearne and Beverly Hearne v. Khera Interest, Inc.*

Appeal is hereby taken to either the First or Fourteenth Courts of Appeals in Harris County, Texas.

This notice is filed by plaintiffs, Calvin Hearne and Beverly Hearne. Dated: July 16, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)
Email: thootman2000@yahoo.com

ATTORNEY FOR PLAINTIFFS, CALVIN HEARNE AND BEVERLY HEARNE

1

## Certificate of Service

I hereby certify that I have served the forgoing document upon the attorneys of record for defendant Khera Interest, Inc. by electronic service on this day.

Date: July 16, 2015

/s/Timothy A. Hootman
Timothy A. Hootman